LEONA T. SEWARD, Respondent, *v.* FREDERICK W. SEWARD et al.,
Appellants.

Argued April 8, 1953; decided May 21, 1953.

*Henry Hirschberg* and *Ernest M. Levinson* for appellants.
*John D. Bright* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.